IPP International U.G. Declaration Exhibit A
File Hashes for IP Address 73.6.215.225

**ISP:** Comcast Cable
**Physical Location:** Richmond, TX

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 10/05/2018 13:15:00 | 4957D3645591695B3B27854C78D5532B341F7002 | Fashion Model Bikini Lesbians |
| 09/16/2018 22:20:26 | 5F8C8DA76F06705828EAA5C50F26AD0272DF9C4E | Lesbian Pillow Fight Fantasy |
| 08/15/2018 11:20:14 | 7BB66AC1156F31DDED833FC615A7FA979F38A7C1 | Dripping Wet Sauna Sex |
| 07/30/2018 21:01:37 | 88B5AD264175FF6D7EF35689A94CF740C83C0D9B | Hot Fitness Sex |
| 07/24/2018 17:20:34 | 1E3E46BF46AA233552FC6D9F354CC6967C9096A3 | Lust At First Sight |
| 05/29/2018 17:44:26 | 3F17A17561D24462CA9C0E32616F0D825CB74139 | A Long Time Cumming |

**Total Statutory Claims Against Defendant: 6**

EXHIBIT A

STX224